UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMED NAGI HAMZA, RANGEL 99 PLUS CORP., <br><br> Plaintiffs, <br><br> -v- <br><br> UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, FOOD AND NUTRITION SERVICE, <br><br> Defendants. | 23-cv-10316 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

On December 22, 2023, at 11:15 A.M., the Court convened a previously scheduled telephonic initial conference in the above-captioned case. Despite the notice and despite the defendants having been previously served, no one appeared for either side. Moreover, the Court's attempts to reach plaintiffs' counsel by phone were unsuccessful, as both telephone numbers listed by plaintiffs' counsel were reported to be out of service.

Accordingly, counsel for plaintiffs and counsel for defendants must each submit an affidavit by no later than Wednesday, January 3, 2024, explaining why they failed to appear at the court-ordered telephone conference. In addition, the Court will reconvene the telephonic conference on Thursday, January 4, 2024, at 10:15 A.M. In advance of the January 4 conference, the parties must submit a case management plan with a ready for trial date of May 22, 2024.

1

SO ORDERED.

New York, NY
December 22, 2023

_____
JED S. RAKOFF, U.S.D.J.