UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHAMED NAGI HAMZA, RANGEL 99 PLUS CORP., <br><br>             Plaintiffs, <br><br>    -v- <br><br> UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE, FOOD AND NUTRITION SERVICE, <br><br>             Defendants. | 23-cv-10316 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

   On December 26, 2023, counsel informed the Court that the parties had reached a settlement in principle. See Dkt. No. 8. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

   SO ORDERED.

New York, NY
December 27, 2023

                                   _____
                                   JED S. RAKOFF, U.S.D.J.

1